**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1343**

_____

STEVEN MATTHEW BOAS,

        Plaintiff - Appellant,

      v.

JASON GRAVES, in his individual capacity as deputy sheriff, St. Mary's County; TIMOTHY K. CAMERON, in his official capacity as the Executive, St. Mary's County Sheriff Office; STATE OF MARYLAND; LEONARDTOWN; BOARD OF COUNTY COMMISSIONERS FOR SAINT MARY'S COUNTY, MARYLAND; JOHN DOES 1-4,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Timothy J. Sullivan, Magistrate Judge.  (8:22-cv-00979-TJS)

_____

Submitted:  October 10, 2024               Decided:  October 15, 2024

_____

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven Matthew Boas, Appellant Pro Se.  William Charles Dickerson, Raymond Robert Mulera, LOCAL GOVERNMENT INSURANCE TRUST, Hanover, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Matthew Boas appeals the magistrate judge's order granting partial summary judgment to Defendant Graves and dismissing in part his civil action.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the magistrate judge's order.  *Boas v. Graves*, No. 8:22-cv-00979-TJS (D. Md. Mar. 19, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c).